## SHUFFLETON v. HILL.

### No. 8650; May 15, 1885.

#### 7 Pac. 7.

Lien on Logs—Effect of Advancements to Defeat.—A mechanic having a lien on logs cut by him does not lose it because of advancements made on the property by another, under a contract of purchase, but he is entitled to enforce his lien against such property.

APPEAL from the Superior Court of Humboldt County.

Action by plaintiff to enforce his lien for labor on logs cut by him, and owned by the defendant.

S. M. Buck for appellant; W. H. Brumfield and James Hanna for respondent.

By the COURT.—We are of opinion that, under the contract and lease, Greenlaw, in the first instance, and Hill, as

his successor, owned the logs until delivery in the boom at the mill. Such being the case, plaintiff was entitled to an enforcement of his lien, irrespective of advances made by Vance to Hill.

Judgment reversed, and cause remanded, with instructions to enter judgment for plaintiff.